# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1698

_____

THEOPHOLIS BRINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis J. Allman, Jr., Judge.

March 20, 2024

PER CURIAM.

AFFIRMED. *Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *reh'g denied* (Sept. 27, 2023), *review granted,* SC23-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Michael L. Schaub, Assistant Attorney General, Tallahassee, for Appellee.